**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Marcia S. Krieger**

Civil Action No. 19-cv-02537-MSK

**PRAIRIE PROTECTION COLORADO, a Colorado non-profit corporation,**

    Plaintiff,

v.

**USDA APHIS WILDLIFE SERVICES, a federal agency; and
JANET L. BUCKNALL, Deputy Administrator, USDA APHIS Wildlife Services;**

    Defendant-Intervenors.

## ORDER DIRECTING REASSIGNMENT

**Krieger, J.**

This matter is before the Court pursuant to the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Request for Expedited Hearing (**# 5**), filed September 6, 2019. Through this case, the Plaintiffs are challenging a Cooperative Service Agreement ("Urban Rodent Control Agreement") that the Defendants entered into with the City of Commerce City, Colorado to eradicate prairie dogs located in Commerce City. Plaintiff requests that the Court preserve the status quo until trial by stopping the Defendants from implementing this Agreement and killing the prairie dogs.

Under the local rules of the court, an AP judge manages an Administrative Appeal or Action for Review of Final Agency Orders, Decisions, or Rulemaking through briefing. D.C.COLO.LCivR 40.1(d); D.C.COLO.LAPR 10.2. Typically, once briefing is complete, the AP case is returned to the clerk of the court to be drawn to a judge under D.C.COLO.LCiv.R

40.1.  The judge so drawn resolves the case on its merits.

After carefully reviewing the pending motion, the Court finds the issues to be sufficiently intertwined with the merits of the underlying controversy to suggest that the AP judge should refrain from resolving those issues to avoid binding the merits judge to a ruling which he or she may view differently.  Thus, the Court orders that this case be randomly drawn to a merits judge.

THEREFORE, IT IS ORDERED that the clerk of the court shall assign this case to a judge for resolution on the merits under the random assignment procedure of D.C.COLO.LCiv.R 40.1.

Dated this 9th day of September, 2019.

                                                **BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
Senior United States District Judge